**SECOND DIVISION**
**MILLER, P. J.,**
**HODGES and PIPKIN, JJ.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**August 4, 2023**

# In the Court of Appeals of Georgia

A21A0329. WS CE RESORT OWNER, LLC v. HOLLAND et al.

MILLER, Presiding Judge.

In *WS CE Resort Owner, LLC v. Holland*, 360 Ga. App. 720 (860 SE2d 637) (2021), we affirmed the trial court's denial of WS CE Resort Owner, LLC's ("CE Owner") motion for summary judgment and the trial court's grant of summary judgment to Evelyn McCarthy and Thomas and Connie Holland ("the plaintiffs"), but we reversed the trial court's order awarding attorney fees to the plaintiffs. Id. at 724-737 (1) - (3). The Supreme Court of Georgia subsequently vacated our decision in *WS CE Resort Owner, LLC v. Holland*, 315 Ga. 691 (884 SE2d 282) (2023), and left "to the courts below" to determine, under a new framework, "whether the evidence, taken as a whole, demonstrates clear intent to grant an easement in the property in question." Id. at 706 (2) (d). We therefore vacate our earlier opinion, adopt the

Supreme Court of Georgia's opinion as our own, vacate the judgment of the trial court, and remand the case for further proceedings consistent with the Supreme Court of Georgia's opinion.

*Judgment vacated and case remanded with direction. Hodges and Pipkin, JJ., concur.*